FILED
CLERK, U.S. DISTRICT COURT

Apr 7, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ____PMC____ DEPUTY

JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISH NETWORK L.L.C. et al,<br><br>Plaintiffs,<br><br>v.<br><br>NASSER KHALIL,<br><br>Defendant. | Case No. 2:15-cv-08945-SVW-GJS<br><br>FINAL JUDGMENT AND PERMANENT INJUNCTION |

Pursuant to the "IN CHAMBERS ORDER GRANTING Plaintiff's Application for Default Judgment Against Defendant Nasser Khalil," IT IS ADJUDGED that Judgment is entered in favor of Plaintiff. The Court hereby ORDERS as follows:

1. Defendant is hereby permanently enjoined from:

(a) manufacturing, importing, offering to the public, providing, or otherwise trafficking in passcodes to the NFPS service, any other code or password used in accessing an IKS server, and any other technology or part thereof that is used in circumventing DISH Network's security system or receiving DISH Network programming without authorization;

(b) circumventing or assisting others in circumventing the DISH Network security system, or receiving or assisting others in receiving DISH Network's satellite signal without authorization; and

    (c) testing, analyzing, reverse engineering, manipulating, or extracting code, data, or information from DISH Network's satellite receivers, smart cards, satellite stream, or any other part or component of the DISH Network security system.

    2. This permanent injunction takes effect immediately.

    3. Judgment is entered in favor of DISH Network on Count I and Count II of the complaint alleging Defendant's violations of 17 U.S.C. § 1201(a)(2) and 47 U.S.C. § 605(e)(4) respectively.

    4. Statutory damages of $1,200,000 are awarded to DISH Network pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(ii).

Dated: April 7, 2016

*[signature]*

STEPHEN V. WILSON
United States District Judge